(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | **Voluntary Petition** |
|---|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First Middle):<br>**Monk, Jr., Walter Robert** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle):<br>**Harrell-Monk, Mary Phyllis** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-9871** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-4423** |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**9402 Highway 380**<br>**Aubrey, TX 76227** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>**9402 Highway 380**<br>**Aubrey, TX 76227** |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business:<br>**Denton** |
| Mailing Address of Debtor (if different from street address):<br>**9402 Highway 380**<br>**Aubrey, TX 76227** | Mailing Address of Joint Debtor (if different from street address):<br>**9402 Highway 380**<br>**Aubrey, TX 76227** |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**  (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
|---|---|
| ☑ Consumer/Non-Business      ☐ Business | ☑ Full Filing Fee attached |

| **Chapter 11 Small Business**   (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101.<br>☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**      (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2004 (Build 6.3.0.1, ID 0054582214)*

(Official Form 1)(12/03)                                                                                                    FORM B1, Page 2

| Voluntary Petition (page 2)<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **Walter Robert Monk, Jr.**<br>**Mary Phyllis Harrell-Monk** |
|---|---|

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Walter Robert Monk, Jr.
_____
**Walter Robert Monk, Jr.**

**X** /s/ Mary Phyllis Harrell-Monk
_____
**Mary Phyllis Harrell-Monk**

_____
Telephone Number (If not represented by an attorney)

**05/17/2005**
_____
Date

**Signature of Attorney**

**X** /s/ John R. Lawson
_____
**John R. Lawson**          Bar No. **12059055**

**Lawson & Associates**
**2591 Dallas Parkway, Suite 407**
**Frisco, TX 75034-8552**

Phone No.**(214) 618-6111**       Fax No.**(214) 618-6117**

**05/17/2005**
_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual
**05/17/2005**

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ John R. Lawson                                    05/17/2005
_____
      John R. Lawson                                          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

---

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2004 (Build 6.3.0.1, ID 0054582214)*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                           CASE NO

   **Mary Phyllis Harrell-Monk**

                                                              CHAPTER   **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                            CASE NO

**Mary Phyllis Harrell-Monk**

CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account:<br>Point Bank<br>****732 | C | $350.00 |
| | | Checking Account:<br>DATCU<br>****6000 | C | $20.00 |
| | | Savings Account:<br>DATCU<br>****6000 | C | $9.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Stove | C | $50.00 |
| | | Microwave | C | $15.00 |
| | | Refrigerator/Freezer | C | $40.00 |
| | | Freezer (large) | C | $25.00 |
| | | Dishwasher | C | $45.00 |
| | | Washing Machine | C | $45.00 |
| | | Dryer | C | $45.00 |
| | | Living Room Furniture | C | $150.00 |
| | | Silverware | C | $20.00 |
| | | Bedroom Furniture | C | $100.00 |
| | | | **Total  >** | **$914.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO

        **Mary Phyllis Harrell-Monk**

                                                    CHAPTER  **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Televisions (2) | C | $150.00 |
| | | VCR | C | $25.00 |
| | | Household Tools | C | $20.00 |
| | | Plates, china, etc. | C | $20.00 |
| | | Dining Room Furniture | C | $40.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | $120.00 |
| 7. Furs and jewelry. | | Jewelry | C | $500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | IRA | C | $18,187.33 |
| | | | **Total  >** | **$19,976.33** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                    CASE NO

**Mary Phyllis Harrell-Monk**

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Total  > | $19,976.33 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                CASE NO

   **Mary Phyllis Harrell-Monk**

                                                    CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Dodge Ram 3/4 Ton Quad Cab 25,000 Miles | C | $28,250.00 |
| | | 2004 Dodge Ram 1 Ton Dually 40,000 Miles | C | $34,312.50 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Horse | C | $500.00 |
| | | 3 Dogs, 5 Chickens, 1 Goat | C | $500.00 |
| | | | **Total  >** | **$83,538.83** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO

**Mary Phyllis Harrell-Monk**                              CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | $83,538.83 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**
       **Mary Phyllis Harrell-Monk**

CASE NO

CHAPTER   **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Checking Account: Point Bank ****732 | 11 U.S.C. Sec. 522(d)(5) | $350.00 | $350.00 |
| Checking Account: DATCU ****6000 | 11 U.S.C. Sec. 522(d)(5) | $20.00 | $20.00 |
| Savings Account: DATCU ****6000 | 11 U.S.C. Sec. 522(d)(5) | $9.00 | $9.00 |
| Stove | 11 U.S.C. Sec. 522(d)(3) | $50.00 | $50.00 |
| Microwave | 11 U.S.C. Sec. 522(d)(3) | $15.00 | $15.00 |
| Refrigerator/Freezer | 11 U.S.C. Sec. 522(d)(3) | $40.00 | $40.00 |
| Freezer (large) | 11 U.S.C. Sec. 522(d)(3) | $25.00 | $25.00 |
| Dishwasher | 11 U.S.C. Sec. 522(d)(3) | $45.00 | $45.00 |
| Washing Machine | 11 U.S.C. Sec. 522(d)(3) | $45.00 | $45.00 |
| Dryer | 11 U.S.C. Sec. 522(d)(3) | $45.00 | $45.00 |
| Living Room Furniture | 11 U.S.C. Sec. 522(d)(3) | $150.00 | $150.00 |
| Silverware | 11 U.S.C. Sec. 522(d)(3) | $20.00 | $20.00 |
| | | **$914.00** | **$914.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                        CASE NO
        **Mary Phyllis Harrell-Monk**

                                                                          CHAPTER  **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bedroom Furniture | 11 U.S.C. Sec. 522(d)(3) | $100.00 | $100.00 |
| Televisions (2) | 11 U.S.C. Sec. 522(d)(3) | $150.00 | $150.00 |
| VCR | 11 U.S.C. Sec. 522(d)(3) | $25.00 | $25.00 |
| Household Tools | 11 U.S.C. Sec. 522(d)(3) | $20.00 | $20.00 |
| Plates, china, etc. | 11 U.S.C. Sec. 522(d)(3) | $20.00 | $20.00 |
| Dining Room Furniture | 11 U.S.C. Sec. 522(d)(3) | $40.00 | $40.00 |
| Clothing | 11 U.S.C. Sec. 522(d)(3) | $120.00 | $120.00 |
| Jewelry | 11 U.S.C. Sec. 522(d)(4) | $500.00 | $500.00 |
| IRA | 11 U.S.C. Sec. 522(d)(10) | $18,187.33 | $18,187.33 |
| 2003 Dodge Ram 3/4 Ton Quad Cab 25,000 Miles | 11 U.S.C. Sec. 522(d)(2) | $1,250.00 | $28,250.00 |
| 2004 Dodge Ram 1 Ton Dually 40,000 Miles | 11 U.S.C. Sec. 522(d)(2) | $2,312.50 | $34,312.50 |
| Horse | 11 U.S.C. Sec. 522(d)(3) | $500.00 | $500.00 |
| 3 Dogs, 5 Chickens, 1 Goat | 11 U.S.C. Sec. 522(d)(3) | $500.00 | $500.00 |
| | | **$24,538.83** | **$83,538.83** |

IN RE:  **Walter Robert Monk, Jr.** _____
_____ Debtor

**Mary Phyllis Harrell-Monk** _____
_____ Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx2168<br><br>**Chrysler Financial**<br>**PO Box 93129**<br>**Long Beach, CA 90809-3129** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2003 Dodge Ram Quad Cab 3/4 Ton**<br>REMARKS:<br><br><br>COLLATERAL VALUE: **$28,250.00** | | | | $27,000.00 | |
| ACCT #: xxxxxxxxxxL49-1<br><br>**Credit Union of Texas**<br>**P.O. Box 517028**<br>**Dallas, TX 75251** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 Dodge Ram 1 Ton**<br>REMARKS:<br><br><br>COLLATERAL VALUE: **$34,312.50** | | | | $32,000.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____**No**_____ continuation sheets attached

Total for this Page (Subtotal) >  | $59,000.00 | $0.00

Running Total >  | $59,000.00 | $0.00

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                    CASE NO
          **Mary Phyllis Harrell-Monk**
                                                                        CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2004.*

_____**No**_____continuation sheets attached

IN RE: **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **A & D Supply Company** <br> **801 S. Agnew** <br> **Oklahoma City, OK 73108-2655** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $20,769.42 |
| ACCT #:  **xxxxxxxx6477** <br> **Alliance One** <br> **P.O. Box 660548** <br> **Dallas, TX 75266-0548** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for Providian** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **AMCA** <br> **P.O. Box 1235** <br> **Elmsford, NY 10523-0935** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for Unknown** <br> REMARKS: | | | | $62.00 |
| ACCT #:  **xxxx-xxxxxx-x1002** <br> **American Express** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $2,789.20 |
| ACCT #:  **xxxxxxx8228** <br> **AT & T Wireless** <br> **PO Box 8220** <br> **Aurora, IL 60572** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $2,400.00 |
| ACCT #:  **xxxxxx Monk** <br> **Aubrey Animal Medical Center** <br> **1000 S. Hwy. 377** <br> **Aubrey, TX 76227** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $253.47 |
| ACCT #:  **xxxx-xxxx-xxxx-0182** <br> **Bank of America** <br> **P.O. Box 30770** <br> **Tampa, FL 33630-3770** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $13,306.92 |

_____**9**_____continuation sheets attached

Total for this Page (Subtotal) > | $39,581.01

Running Total > | $39,581.01

IN RE: **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 1_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **Monk**<br>**Bartell Tires**<br>**P.O. Box 727**<br>**Hwy 377**<br>**Aubrey, TX 72227** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,589.00** |
| ACCT #:  **xxxx5952**<br>**Cancer Center Association**<br>**5959 Harry Hines Suite 620**<br>**Dallas, TX** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$357.22** |
| ACCT #:  **xxxxxxxx0425**<br>**CCB Credit Services, Inc.**<br>**P.O. Box 272**<br>**Springfield, IL 62705** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for GMAC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CCS Payment Processing Company**<br>**P.O. Box 55126**<br>**Boston, MA 02205-5126** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$168.25** |
| ACCT #:  **xxxxxxxxxxxxACTL**<br>**Cingular Wireless**<br>**P.O. Box 630069**<br>**Dallas, TX 75263-0069** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$1,337.17** |
| ACCT #:  **xxxx-xxxx-xxxx-8226**<br>**Citi Platinum**<br>**P.O. Box 6415**<br>**The Lakes, NV 88901-6451** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,470.26** |
| ACCT #:<br>**Citicorp Credit Services**<br>**P.O. Box 3136**<br>**Milwaukee, WI 53201-3136** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$1,974.86** |

Total for this Page (Subtotal) >   **$10,896.76**

Running Total >   **$50,477.77**

IN RE:  **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-8226**<br>**Collect Corp**<br>**P.O. Box 100789**<br>**Birmingham, AL 35210-0789** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Citi Platinum**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-1182**<br>**Collect Corp**<br>**P.O. Box 100789**<br>**Birmingham, AL 35210-0789** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Discover**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-0182**<br>**Creditors Interchanges**<br>**P.O. Box 1335**<br>**Buffalo, NY 14240-1335** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Bank of America**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx4804**<br>**Denton Regional Medical Center**<br>**PO Box 31171**<br>**Tampa, FL  33631** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$1,098.00** |
| ACCT #:<br>**Discount Tire Center**<br>**P.O. Box 16190**<br>**Ogiebux, AZ 285011** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$816.64** |
| ACCT #:  **xxxx-xxxx-xxxx-1182**<br>**Discover**<br>**PO Box 15251**<br>**Wilmington, DE 19886** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$9,187.88** |
| ACCT #:  **xxxxxx6468**<br>**Exxon**<br>**P.O. Box 4555**<br>**Carol Stream, IL 60197-4555** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$328.00** |

Total for this Page (Subtotal) >   **$11,430.52**

Running Total >   **$61,908.29**

IN RE: **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 3_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**First Collections**<br>**Kerry Tryon**<br>**2412 Old North Rd.**<br>**Denton, TX 76201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $660.00 |
| ACCT #: **xxxxx3020**<br>**Ford Credit**<br>**P.O. Box 152271**<br>**Irving, TX 75015-2271** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | $9,779.77 |
| ACCT #: **xxxxxxxxxxxx0652**<br>**GE Capital Cons Card Co.**<br>**P.O. Box 9001557**<br>**Louisville, KY 40290-1557** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,760.60 |
| ACCT #: **xxxxxxxxx2301**<br>**General Revenue**<br>**Dept. 740 P.O. Box 4115**<br>**Concord, CA 94524** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Sallie Mae**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**General Revenue**<br>**Dept. 740 P.O. Box 4115**<br>**Concord, CA 94524** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxx0425**<br>**GMAC**<br>**P.O.Box 78252**<br>**Phoenix, AZ 85052** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | $14,112.28 |
| ACCT #: **xxxxxxxxxxxx2364**<br>**Gordon's**<br>**P.O. Box 9025**<br>**Des Moines, MO 50368** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,000.00 |

Total for this Page (Subtotal) > $30,312.65

Running Total > $92,220.94

IN RE: **Walter Robert Monk, Jr.**
_____
                    Debtor

**Mary Phyllis Harrell-Monk**
_____
                    Joint Debtor

CASE NO _____
                              (If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx Monk**<br>**Hampton Inspection Station**<br>**4703 Pure Country**<br>**Aubrey, TX 76227** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $400.00 |
| ACCT #: **xxxxx5818**<br>**Hawk Security Systems**<br>**5718 Airport Frwy.**<br>**Ft. Worth, Texas 76117** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,800.00 |
| ACCT #: **xxxxxxxxxx2559**<br>**Household Bank**<br>**P.O. Box 60107**<br>**City of Industry, CA 91716** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,000.00 |
| ACCT #: **xxxx, 6631**<br>**Landscape Plus Nursery**<br>**P.O. Box 691**<br>**Aubrey, TX 76227** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $291.98 |
| ACCT #:<br>**Lowes**<br>**P.O. Box 9767**<br>**Macon, GA 31297** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,000.00 |
| ACCT #:<br>**Medical Revenue Service**<br>**P.O. Box 938**<br>**Vero Beach, FL 32961** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $2,210.50 |
| ACCT #: **xxxxx-xxx1634**<br>**Monarch Paint**<br>**P.O. Box 676340**<br>**Dallas, TX 75267-6340** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $75.00 |

Total for this Page (Subtotal) >  $17,777.48

Running Total >  $109,998.42

IN RE:  **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Murco**<br>**300 N. 21st**<br>**Fort Worth, TX 76106-8528** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$23,000.00** |
| ACCT #:  **xxxx-xxxxxx-x1002**<br>**NCO Financial Systems**<br>**P.O. Box 8180 Dept. 07**<br>**Philadelphia, PA 19101-8180** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for American Express**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx8901**<br>**Paramount Recovery Systems**<br>**111 E. Center St.**<br>**Lorena, TX 76655** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for ER Physicians Denton**<br>REMARKS: | | | | **$155.00** |
| ACCT #:<br>**Parts Plus**<br>**P.O. Box 204**<br>**Aubrey, TX 76227** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Supplies**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxxxxx Monk**<br>**Pilot Point Hardware**<br>**P.O. Box 567**<br>**Pilot Point, TX 76258-0567** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Supplies**<br>REMARKS: | | | | **$1,500.00** |
| ACCT #:  **xxxxxxxx6477**<br>**Providian**<br>**PO Box 660548**<br>**Dallas, TX 75266-0548** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,763.44** |
| ACCT #:  **xxxx-xxxx-xxxx-6067**<br>**Providian National Bank**<br>**PO Box 660567**<br>**Dallas, TX 75266** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,800.00** |

Total for this Page (Subtotal) >    **$33,718.44**

Running Total >    **$143,716.86**

IN RE: **Walter Robert Monk, Jr.**

Debtor

**Mary Phyllis Harrell-Monk**

Joint Debtor

CASE NO

(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx6468<br>**RMA**<br>P.O. Box 182901<br>Columbus, OH 43218-2901 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Exxon**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx2301<br>**Sallie Mae**<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $4,263.19 |
| ACCT #:  xxxxxxxxx6076<br>**Sams Personal Credit**<br>ATTN:  Billing Dept.<br>P.O. Box 105980<br>Dept. 77<br>Atlanta, GA 30353-5980 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,267.56 |
| ACCT #:<br>**SBC**<br>PO Box 930170<br>Dallas, Tx 75393-0370 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:  xxxxxxx714-6<br>**Sprint PCS**<br>P.O. Box 8077<br>London, KY  40742 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:  xxxxx1172<br>**T Mobile**<br>P.O. Box 3210<br>Albequerque, NM 87190-3210 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $396.98 |
| ACCT #:  xxxxxx Monk<br>**Texas Building Supply**<br>11701 U.S. Hwy 380<br>Aubrey, TX 76227 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Supplies**<br>REMARKS: | | | | $21,500.83 |

Total for this Page (Subtotal) > | $29,428.56

Running Total > | $173,145.42

IN RE: **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx Monk**<br>**Texas Trailer Ranch TTR**<br>**1017 Hwy 80 W.**<br>**Whitesboro, TX 76273** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$600.00** |
| ACCT #:<br>**The Home Depot**<br>**P.O. Box 105981 Dept. 51**<br>**Atlanta, GA  30353-5981** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,500.00** |
| ACCT #:<br>**Universal Fidelity**<br>**Po box 941911**<br>**Houston, TX 77094-8911** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$610.50** |
| ACCT #:  **xxxxxxxxxxxxxxx0001**<br>**Verizon Wireless**<br>**P.O. Box 14090**<br>**Toledo, OH 43614-0190** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$1,196.72** |
| ACCT #:  **xx3674**<br>**Viking Office Products**<br>**950 W. 190th Street**<br>**Torrance, CA 90502** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Supplies**<br>REMARKS: | | | | **$450.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5778**<br>**Walmart**<br>**PO Box 530927**<br>**Atlanta, GA 30353-0927** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$750.00** |
| ACCT #:  **xxxx4804**<br>**West Asset Management, Inc.**<br>**P.O. Box 2548**<br>**Sherman, TX 75091-2548** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Denton Regional Medical Center**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) >   $11,107.22

Running Total >   $184,252.64

IN RE:  **Walter Robert Monk, Jr.**

Debtor

CASE NO

(If Known)

**Mary Phyllis Harrell-Monk**

Joint Debtor

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 8*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Westex Communications**<br>**P.O. Box 722900**<br>**Houston, TX 77272-2900** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxxxxxxx6076**<br>**Wolpoff & Abramson**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850-5775** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Sam's Club**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3864**<br>**Zales**<br>**P.O. Box 9025**<br>**Des Moines, IA 50368-9025** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:<br>**Attorney General of Texas**<br>**Bankruptcy Section**<br>**10260 N. Central Expressway, Suite 210**<br>**Dallas, TX  75231-3426** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Internal Revenue Service**<br>**1100 Commerce Street, Room 951**<br>**Stop 5025 DAL**<br>**Dallas, TX 75242-1198** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**John Sharp State Comptroller**<br>**Revenue Accounting Div Bankrup**<br>**P. O. Box 13528**<br>**Austin, TX 78111** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Linebarger Goggan Blair et al**<br>**2323 Bryan Street, Suite 1600**<br>**Dallas, Texas  75201** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Total for this Page (Subtotal) >   **$3,500.00**

Running Total >   **$187,752.64**

IN RE: **Walter Robert Monk, Jr.**
_____
Debtor

**Mary Phyllis Harrell-Monk**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 9*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Texas Alcoholic Beverage Comm Licences and Permits Division** <br> **P.O. Box 13127** <br> **Austin, TX 78711-3127** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| ACCT #: <br> **Texas Workforce Commission** <br> **TWC Building - Bankruptcy** <br> **101 E. 15th Street** <br> **Austin, TX 78778** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| ACCT #: <br> **United States Attorney** <br> **110 N. College, Suite 700** <br> **Tyler, Texas 75702** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| ACCT #: <br> **United States Trustee's Office** <br> **110 N. College, Suite 300** <br> **Tyler, TX 75702** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Total for this Page (Subtotal) > | $0.00 |
| Running Total > | $187,752.64 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                              CASE NO
        **Mary Phyllis Harrell-Monk**
                                                                CHAPTER    **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cingular Wireless**<br>P.O. Box 630069<br>Dallas, TX 75263-0069 | Cell Phone Contract<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                     CASE NO
         **Mary Phyllis Harrell-Monk**
                                                                         CHAPTER   **7**

## SCHEDULE H (CODEBTORS)

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                          CASE NO

        **Mary Phyllis Harrell-Monk**

                                                      CHAPTER    **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | Son | 23 | | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | | Sales/Bookkeeper |
| Name of Employer | | CrossRoads Trailors |
| How Long Employed | | 5 Months |
| Address of Employer | | 12101 Hwy 380 |
| | | Aubrey, TX |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $0.00 | $1,733.33 |
| Estimated monthly overtime | $0.00 | $135.42 |
| *SUBTOTAL* | **$0.00** | **$1,868.75** |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $93.90 |
|     B. Social Security Tax | $0.00 | $134.42 |
|     C. Insurance | $0.00 | $0.00 |
|     D. Union dues | $0.00 | $0.00 |
|     E. Retirement | $0.00 | $0.00 |
|     F. Other (specify) _____ | $0.00 | $0.00 |
|     G. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | **$228.32** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$0.00** | **$1,640.43** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|     1._____ | $0.00 | $0.00 |
|     2._____ | $0.00 | $0.00 |
|     3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$0.00** | **$1,640.43** |

**TOTAL COMBINED MONTHLY INCOME  $1,640.43**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO

**Mary Phyllis Harrell-Monk**

CHAPTER    **7**

## <u>SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))</u>

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) <br> Are real estate taxes included?     ☑ Yes      ☐ No <br> Is property insurance included?     ☐ Yes      ☑ No | |
| **Utilities:**  Electricity and heating fuel <br>          Water and sewer <br>          Telephone <br>          Other: | $250.00 <br> $40.00 <br> $200.00 |
| Home maintenance (repairs and upkeep) <br> Food <br> Clothing <br> Laundry and dry cleaning <br> Medical and dental expenses (not covered by insurance) <br> Transportation (not including car payments) <br> Recreation, clubs and entertainment, newspapers, magazines, etc. <br> Charitable contributions | $30.00 <br> $400.00 <br> $150.00 <br> $30.00 <br> <br> $300.00 <br> $100.00 <br> $200.00 |
| **Insurance**  (not deducted from wages or included in home mortgage payments) <br>          Homeowner's or renter's <br>          Life <br>          Health <br>          Auto <br>          Other: | $12.50 <br> $32.00 <br> <br> $360.00 |
| Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) <br>          Auto <br>          Other: 2004 Dodge Truck <br>          Other:  Student Loans <br>          Other: | $595.00 <br> $523.00 <br> $50.00 |
| Alimony, maintenance, and support paid to others <br> Payments for support of additional dependents not living at debtor's home <br> Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> Other: <br> Other: | <br> $200.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$3,472.50** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval.

A. Total projected monthly income

B. Total projected monthly expenses (including separate spouse budget if applicable)

C. Excess income (A minus B)

D. Total amount to be paid into plan each                                        (interval)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                      CASE NO

**Mary Phyllis Harrell-Monk**

CHAPTER   **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $83,538.83 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $59,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $187,752.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,640.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,472.50 |
| Total Number of Sheets of ALL Schedules   > | | 24 | | | |
| Total Assets   > | | | $83,538.83 | | |
| Total Liabilities   > | | | | $246,752.64 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                                                                    CASE NO
        **Mary Phyllis Harrell-Monk**
                                                                                                                       CHAPTER   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **05/17/2005**                                    Signature   **/s/ Walter Robert Monk, Jr.**
                                                                    **Walter Robert Monk, Jr.**

Date  **05/17/2005**                                    Signature   **/s/ Mary Phyllis Harrell-Monk**
                                                                    **Mary Phyllis Harrell-Monk**

                                                        [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                        CASE NO

**Mary Phyllis Harrell-Monk**

CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $5,972.50 | **Co-Debtor 2005 YTD income from wages** |
| $11,911.00 | **Co-debtor 2004 income from wages** |
| $54,810.00 | **Co-debtor 2003 income from wages** |
| $(3,754.00) | **Debtor 2004 lost income from business** |
| $(28.00) | **Debtor 2003 lost income from business** |

### 2. Income other than from employment or operation of business

None
☐

   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $9,580.00 | **Co-Debtor 2004 income from IRA distribution and unemployment compensation** |
| $2,032.00 | **Co-debtor 2003 income from IRA distribution** |

### 3. Payments to creditors

None
☐

   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Credit Union of Texas**<br>**P.O. Box 517028**<br>**Dallas, TX 75251** | **2/2005** | **$523.00** | **$32,000.00** |
| **Chrysler Financial**<br>**PO Box 93129**<br>**Long Beach, CA 90809-3129** | **2/05-4/05** | **$1,785.00** | **$27,000.00** |

None
☑

   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Roger Priest , Individually, and as Next Friend for: Kelley Priest,** | **Lawsuit** | **393rd Judicial District Court of Denton County** | **Pending** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                   CASE NO
         **Mary Phyllis Harrell-Monk**
                                                                       CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

**Ryan Priest, Minor Children vs.**
**Walter R. Monk, Sr., Individually**
**adn D/B/A Suburban Drywall**
**Company and D/B/A Suburban**
**Drywall Company, Inc. and**
**Walter R. Monk, Jr., Individually**
**and D/B/A Suburban Drywall**
**Company and D/B/A Suburban**
**Dry Company, Inc.**
**# 2004-60265-393**

---

None
☑          b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None
☐          List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Credit**<br>**P.O. Box 152271**<br>**Irving, TX 75015-2271** | **2004** | **2004 Chevrolet Tahoe**<br>**$14,112.36** |
| **Ford Credit**<br>**P.O. Box 152271**<br>**Irving, TX 75015-2271** | **2004** | **2003 Harley Davidson Motorcycle**<br>**$9,779.77** |

---

**6. Assignments and receiverships**

None
☑          a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑          b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO

**Mary Phyllis Harrell-Monk**                               CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

#### 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

#### 10. Other transfers

None
☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                   CASE NO

   **Mary Phyllis Harrell-Monk**
                                                                    CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

None

☐

**12. Safe deposit boxes**

   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Point Bank** **Highway 377** **Aubrey, TX 76227** | **Phyllis & Walter Monk** | **Spare Checks** | |

---

None

☑

**13. Setoffs**

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

**14. Property held for another person**

   List all property owned by another person that the debtor holds or controls.

---

None

☑

**15. Prior address of debtor**

   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None

☑

**16. Spouses and Former Spouses**

   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                              CASE NO
       **Mary Phyllis Harrell-Monk**
                                                CHAPTER   **7**

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Suburban Drywall Services**<br>**9402 Hwy.  380**<br>**Aubrey, TX 76227**<br>**ID#: 75-1983269** | **Drywall Services** | **1990-1/2004** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO
       **Mary Phyllis Harrell-Monk**
                                                                      CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None
☑

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**
**Carol Roberts**
**11700 U.S. Hwy. 380**
**Aubrey, TX 76227**

---

None
☑

    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
☑

    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

    b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                              CASE NO

**Mary Phyllis Harrell-Monk**

                                                                 CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

None
☒

**21. Current Partners, Officers, Directors and Shareholders**

   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☒

   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None
☒

**22. Former partners, officers, directors and shareholders**

   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☒

   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None
☒

**23. Withdrawals from a partnership or distributions by a corporation**

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☒

**24. Tax Consolidation Group**

   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None
☒

**25. Pension Funds**

   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                    CASE NO
       **Mary Phyllis Harrell-Monk**

                                                                       CHAPTER    **7**


## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

---

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any

attachments thereto, consisting of _____**8**_____ sheets, and that they are true and correct.


Date  **05/17/2005**_____        Signature _____  **/s/ Walter Robert Monk, Jr.**_____
                                                of Debtor        **Walter Robert Monk, Jr.**


Date  **05/17/2005**_____        Signature _____  **/s/ Mary Phyllis Harrell-Monk**_____
                                                of Joint Debtor  **Mary Phyllis Harrell-Monk**
                                                (if any)


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.*
*Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                    CASE NO
**Mary Phyllis Harrell-Monk**
*Debtor(s)*                                                CHAPTER    7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
| --- | --- |
| | |

**None**

*b. Property to Be Retained.*   (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
| --- | --- | --- | --- | --- | --- |
| 2003 Dodge Ram Quad Cab 3/4 Ton | Chrysler Financial PO Box 93129 Long Beach, CA 90809-3129 xxxxxx2168 | ☐ | ☐ | ☒ | ☐ |
| 2004 Dodge Ram 1 Ton | Credit Union of Texas P.O. Box 517028 Dallas, TX 75251 xxxxxxxxxxL49-1 | ☐ | ☐ | ☒ | ☐ |

Date   **05/17/2005**                              Signature   **/s/ Walter Robert Monk, Jr.**
                                                                       **Walter Robert Monk, Jr.**

Date   **05/17/2005**                              Signature   **/s/ Mary Phyllis Harrell-Monk**
                                                                       **Mary Phyllis Harrell-Monk**

## CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date   **05/17/2005**                              **/s/ John R. Lawson**
                                                                       **John R. Lawson**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Walter Robert Monk, Jr.**                                          CASE NO

**Mary Phyllis Harrell-Monk**

*Debtor(s)*                                                                        CHAPTER    **7**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation  ($209.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code.  You may claim certain of your property exempt under governing law.  The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($194.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization  ($830.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer  ($230.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this  17th                       day of   May                                                            ,   2005   .

**/s/ Walter Robert Monk, Jr.**                                          **/s/ Mary Phyllis Harrell-Monk**

*Walter Robert Monk, Jr.*                                                *Mary Phyllis Harrell-Monk*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Walter Robert Monk, Jr.**                                          CASE NO

        **Mary Phyllis Harrell-Monk**

        *Debtor(s)*                                              CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$1,300.00** |
| Prior to the filing of this statement I have received: | **$1,300.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

        **05/17/2005**                              **/s/ John R. Lawson**

        *Date*                                    *John R. Lawson*                    Bar No.  12059055
                                     Lawson & Associates
                                     2591 Dallas Parkway, Suite 407
                                     Frisco, TX  75034-8552
                                     Phone: (214) 618-6111 / Fax: (214) 618-6117

---

   **/s/ Walter Robert Monk, Jr.**                              **/s/ Mary Phyllis Harrell-Monk**

   **Walter Robert Monk, Jr.**                                  **Mary Phyllis Harrell-Monk**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Walter Robert Monk, Jr.**                                                CASE NO

   **Mary Phyllis Harrell-Monk**

   *Debtor(s)*                                                                    CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  05/17/2005 _____          Signature  _/s/ Walter Robert Monk, Jr._____

                                                                   **Walter Robert Monk, Jr.**

Date  05/17/2005 _____          Signature  _/s/ Mary Phyllis Harrell-Monk_____

                                                                   **Mary Phyllis Harrell-Monk**

A & D Supply Company
801 S. Agnew
Oklahoma City, OK 73108-2655


Alliance One
P.O. Box 660548
Dallas, TX 75266-0548


AMCA
P.O. Box 1235
Elmsford, NY 10523-0935


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


AT & T Wireless
PO Box 8220
Aurora, IL 60572


Attorney General of Texas
Bankruptcy Section
10260 N. Central Expressway, Suite
210
Dallas, TX  75231-3426

Aubrey Animal Medical Center
1000 S. Hwy. 377
Aubrey, TX 76227


Bank of America
P.O. Box 30770
Tampa, FL 33630-3770


Bartell Tires
P.O. Box 727
Hwy 377
Aubrey, TX 72227

Cancer Center Association
5959 Harry Hines Suite 620
Dallas, TX


CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705


CCS Payment Processing Company
P.O. Box 55126
Boston, MA 02205-5126


Chrysler Financial
PO Box 93129
Long Beach, CA 90809-3129


Cingular Wireless
P.O. Box 630069
Dallas, TX 75263-0069


Citi Platinum
P.O. Box 6415
The Lakes, NV 88901-6451


Citicorp Credit Services
P.O. Box 3136
Milwaukee, WI 53201-3136


Collect Corp
P.O. Box 100789
Birmingham, AL 35210-0789


Credit Union of Texas
P.O. Box 517028
Dallas, TX 75251

Creditors Interchanges
P.O. Box 1335
Buffalo, NY 14240-1335


Denton Regional Medical Center
PO Box 31171
Tampa, FL  33631


Discount Tire Center
P.O. Box 16190
Ogiebux, AZ 285011


Discover
PO Box 15251
Wilmington, DE 19886


Exxon
P.O. Box 4555
Carol Stream, IL 60197-4555


First Collections
Kerry Tryon
2412 Old North Rd.
Denton, TX 76201

Ford Credit
P.O. Box 152271
Irving, TX 75015-2271


GE Capital Cons Card Co.
P.O. Box 9001557
Louisville, KY  40290-1557


General Revenue
Dept. 740 P.O. Box 4115
Concord, CA 94524

GMAC
P.O.Box 78252
Phoenix, AZ 85052


Gordon's
P.O. Box 9025
Des Moines, MO 50368


Hampton Inspection Station
4703 Pure Country
Aubrey, TX 76227


Hawk Security Systems
5718 Airport Frwy.
Ft. Worth, Texas 76117


Household Bank
P.O. Box 60107
City of Industry, CA 91716


Internal Revenue Service
1100 Commerce Street, Room 951
Stop 5025 DAL
Dallas, TX 75242-1198


John Sharp State Comptroller
Revenue Accounting Div Bankrup
P. O. Box 13528
Austin, TX 78111


Landscape Plus Nursery
P.O. Box 691
Aubrey, TX 76227


Linebarger Goggan Blair et al
2323 Bryan Street, Suite 1600
Dallas, Texas  75201

Lowes
P.O. Box 9767
Macon, GA 31297


Medical Revenue Service
P.O. Box 938
Vero Beach, FL 32961


Monarch Paint
P.O. Box 676340
Dallas, TX 75267-6340


Murco
300 N. 21st
Fort Worth, TX 76106-8528


NCO Financial Systems
P.O. Box 8180 Dept. 07
Philadelphia, PA 19101-8180


Paramount Recovery Systems
111 E. Center St.
Lorena, TX 76655


Parts Plus
P.O. Box 204
Aubrey, TX 76227


Pilot Point Hardware
P.O. Box 567
Pilot Point, TX 76258-0567


Providian
PO Box 660548
Dallas, TX 75266-0548

Providian National Bank
PO Box 660567
Dallas, TX 75266


RMA
P.O. Box 182901
Columbus, OH 43218-2901


Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500


Sams Personal Credit
ATTN:  Billing Dept.
P.O. Box 105980
Dept. 77
Atlanta, GA 30353-5980

SBC
PO Box 930170
Dallas, Tx 75393-0370


Sprint PCS
P.O. Box 8077
London, KY  40742


T Mobile
P.O. Box 3210
Albequerque, NM 87190-3210


Texas Alcoholic Beverage Comm
Licences and Permits Division
P.O. Box 13127
Austin, TX 78711-3127


Texas Building Supply
11701 U.S. Hwy 380
Aubrey, TX 76227

Texas Trailer Ranch TTR
1017 Hwy 80 W.
Whitesboro, TX 76273


Texas Workforce Commission
TWC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

The Home Depot
P.O. Box 105981 Dept. 51
Atlanta, GA  30353-5981


United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702


United States Trustee's Office
110 N. College, Suite 300
Tyler, TX 75702


Universal Fidelity
Po box 941911
Houston, TX 77094-8911


Verizon Wireless
P.O. Box 14090
Toledo, OH 43614-0190


Viking Office Products
950 W. 190th Street
Torrance, CA 90502


Walmart
PO Box 530927
Atlanta, GA 30353-0927

West Asset Management, Inc.
P.O. Box 2548
Sherman, TX 75091-2548


Westex Communications
P.O. Box 722900
Houston, TX 77272-2900


Wolpoff & Abramson
702 King Farm Blvd.
Rockville, MD 20850-5775


Zales
P.O. Box 9025
Des Moines, IA 50368-9025

Form B 21 Official Form 21
(12/03)

## FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:   **Walter Robert Monk, Jr.**                                    Case No.  _____
         **Mary Phyllis Harrell-Monk**

         **DEBTOR(S)**

Address: **9402 Highway 380**                                  Chapter     **7**_____
         **Aubrey, TX 76227**

Social Security No(s).:  **xxx-xx-9871 / xxx-xx-4423**_____
Employer's Tax Identification (EIN) No(s).:_____

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle):  **Monk, Jr., Walter Robert**_____
*(Check the appropriate box and, if applicable, provide the required information.)*

     ☑  Debtor has a Social Security Number and it is:    **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**_____
        *(If more than one, state all.)*

     ☐  Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle):  **Harrell-Monk, Mary Phyllis**_____
*(Check the appropriate box and, if applicable, provide the required information.)*

     ☑  Joint Debtor has a Social Security Number and it is:   **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**_____
        *(If more than one, state all.)*

     ☐  Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

     X   **/s/ Walter Robert Monk, Jr.**_____          **05/17/2005**_____
        **Walter Robert Monk, Jr.**                                  Date
        Signature of Debtor

     X   **/s/ Mary Phyllis Harrell-Monk**_____          **05/17/2005**_____
        **Mary Phyllis Harrell-Monk**                                Date
        Signature of Joint Debtor

*Joint debtors must provide information for both spouses.*___

*Penalty for making a false statement:*   Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2004*